IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATTY DURAND, *Plaintiff*, v. PUBLIC SERVICE COMMISSIONER TIMOTHY ECHOLS, in his individual and official capacities, *Defendant*. | CIVIL ACTION FILE NO. 1:22-cv-04548-VMC |

## DISMISSAL OF MOTION FOR PRELIMINARY INJUNCTION [Doc. 2]

WHEREAS, Defendant has represented that he has unblocked and restored access to Plaintiff and others on the Facebook Page and Twitter Account operated by Defendant [Facebook "Tim Echols Government Official" Twitter "@timechols"] (hereinafter Facebook Page and Twitter Account) and Defendant has committed to not delete any comments on Facebook Page and Twitter Account based on the viewpoint(s) expressed.

Plaintiff hereby dismisses her Motion for Preliminary Injunctive Relief [Doc. 2]. Other matters, including but not limited to any outstanding claims regarding injunctive relief, remain pending before this Court.

Respectfully submitted this 9th day of January, 2023.

| | |
|---|---|
| /s/ Gerald Weber<br>Gerald Weber<br>Georgia Bar No. 744878<br><br>LAW OFFICES OF GERRY WEBER, LLC<br>Post Office Box 5391<br>Atlanta, GA 31107<br>404-522-0507<br>wgerryweber@gmail.com | /s/ Craig Goodmark<br>Craig Goodmark<br>GA Bar No. 301428<br><br>GOODMARK LAW FIRM<br>1425 Dutch Valley Place Suite A<br>Atlanta, GA 30324<br>404-719-4848<br>cgoodmark@gmail.com |

/s/ Richard Holcomb
Richard Holcomb
Georgia Bar No. 360333

LAW OFFICE OF RICHARD HOLCOMB
623 Clifton Road NE
Atlanta, GA 30307
404-373-6343

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATTY DURAND, *Plaintiff*, v. PUBLIC SERVICE COMMISSIONER TIMOTHY ECHOLS, in his individual and official capacities, *Defendant*. | CIVIL ACTION FILE NO. |

## CERTIFICATE OF SERVICE

COMES NOW Plaintiff in the above styled action, by and through counsel, certifies that Plaintiff served the Dismissal of Preliminary Injunction [Doc.2] upon the all counsel though the ECF filing system:

DATED: This the 9th day of January, 2023.

| /s/ Gerald Weber | /s/ Craig Goodmark |
|---|---|
| Gerald Weber | Craig Goodmark |
| Georgia Bar No. 744878 | GA Bar No. 301428 |
| LAW OFFICES OF GERRY WEBER, LLC | GOODMARK LAW FIRM |
| Post Office Box 5391 | 1425 Dutch Valley Place Suite A |

| | |
|---|---|
| Atlanta, GA 31107 | Atlanta, GA  30324 |
| 404-522-0507 | 404-719-4848 |
| wgerryweber@gmail.com | cgoodmark@gmail.com |