IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATTY DURAND,                )<br>                              )<br>         Plaintiff,           )<br>    v.                        )<br>                              )<br>COMMISSIONER TIM G. ECHOLS,   )<br>in his individual and official capacities )<br>as a Commissioner of the Georgia )<br>Public Service Commission,    )<br>                              )<br>         Defendant.           )<br>_____ ) | Civil Action No.:<br>1:22-cv-04548-VMC |

## JOINT MOTION TO STAY AND/OR EXTEND PENDING DEADLINES

Plaintiff Patty Durand and Defendant Tim G. Echols, by and through the undersigned counsel, jointly request that this Court stay or alternatively extend all pending deadlines for 60 days, respectfully showing this Court the following:

1. Plaintiff commenced this action by a complaint that sought monetary damages, declaratory and injunctive relief, and attorneys' fees, expenses, and costs of litigation. Doc. 1. She moved for a preliminary injunction after filing the lawsuit but withdrew the motion after Defendant unblocked her on his Twitter and Facebook accounts. Docs. 2, 7.

2. Defendant filed a motion to dismiss. Doc. 9. On July 27, 2023, this Court entered its order on Defendant's motion. Doc. 17. On the claim for declaratory and injunctive relief, the Court noted that "there is no longer a

1

dispute as to whether Ms. Durand is entitled to declaratory and injunctive relief" and so dismissed Count 3. *Id.* at 4. On the money damages claim, the Court concluded that qualified immunity barred Plaintiff's claims for damages against Defendant in his individual capacity, and dismissed that claim. *Id.* at 5-9. However, the Court then concluded that there were official-capacity claims within Counts 1 and 2 that are remaining against Defendant and that those claims should move forward. *Id.* at 9-10.

3. The Court's July 27 order directed that the parties "shall conduct their Rule 26(f) conference and make their initial disclosures within fourteen (14) days following entry of this Order" and that the parties' "Joint Preliminary Report and Discovery Plan should be filed with the Court within twenty-one (21) days following this Order." Doc. 17 at 10.

4. Thus, the parties currently have until August 10, 2023, to conduct their Rule 26(f) conference and make their initial disclosures. Defendant's answer is also due on that date. The parties then have until August 17, 2023, to file their Joint Preliminary Report and Discovery Plan.

5. The parties have conferred and agree that there are no official-capacity claims remaining in the case. Plaintiff contends that she is entitled to attorney's fees and costs, whereas Defendant contends there is no basis on which to award such relief.

6. The parties have initiated discussions to determine if they can resolve this remaining issue without further briefing or litigation.

7. To allow for such discussion, the parties request that the deadlines in this case be stayed or in the alternative extended for 60 days.

WHEREFORE, the parties respectfully request that the Court stay or extend the following deadlines for 60 days: (1) the parties' deadline for providing initial disclosures, (2) the parties' deadline for holding their Rule 26(f) conference, (3) Defendant's answer deadline, and (4) the parties' deadline for filing their joint preliminary report.

Respectfully submitted this 7th day of August, 2023.

/s/ Gerald Weber
Gerald Weber
Georgia Bar No. 744878
LAW OFFICES OF GERRY WEBER, LLC
Post Office Box 5391
Atlanta, GA 31107
404-522-0507
wgerryweber@gmail.com

/s/ Craig Goodmark
Craig Goodmark
GA Bar No. 301428
GOODMARK LAW FIRM
1425 Dutch Valley Place Suite A
Atlanta, GA 30324
404-719-4848
cgoodmark@gmail.com

/s/ Richard Holcomb
Richard Holcomb
Georgia Bar No. 360333

        LAW OFFICE OF RICHARD HOLCOMB
        623 Clifton Road NE
        Atlanta, GA 30307
        404-373-6343

*Counsel for Plaintiff*

| | |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| LORETTA L. PINKSTON-POPE<br>Deputy Attorney General | 580385 |
| ROGER A. CHALMERS<br>Senior Assistant Attorney General | 118720 |
| */s/ Ellen Cusimano*<br>ELLEN CUSIMANO<br>Assistant Attorney General | 844964 |

*Counsel for Defendant*

Please address all communications to:
Ellen Cusimano
Assistant Attorney General
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3597
Email: ecusimano@law.ga.gov

4

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in Times New Roman (14 point) and fully complies with the font and point selection requirements of LR 5.1(B), N.D. Ga.

*/s/ Ellen Cusimano*
Ellen Cusimano

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing brief using the CM/ECF system, which will automatically send electronic mail notification of such filing to all counsel of record.

This 7th day of August, 2023.

>  */s/ Ellen Cusimano*
>  Ellen Cusimano