**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

PATTY DURAND,

*Plaintiff*,

v.

PUBLIC SERVICE COMMISSIONER
TIMOTHY ECHOLS,
in his individual and official capacities,

*Defendant*.

CIVIL ACTION

FILE NO. 1:22-cv-04548-VMC

**JOINT STIPULATION AND CONSENT MOTION
TO DISMISS WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Patty Durand and Defendant Public Service Commissioner Timothy Echols (collectively, "Parties"), through undersigned counsel, agree and stipulate, and hereby respectfully file their Joint Stipulation and Consent Stipulation of Dismissal with Prejudice. The Parties have reached a Settlement Agreement which resolves this matter.

Respectfully submitted this 10th day of October, 2023.

**CONSENTED TO:**

/s/ Gerald Weber
Gerald Weber
Georgia Bar No. 744878

LAW OFFICES OF GERRY WEBER,
LLC
Post Office Box 5391
Atlanta, GA 31107
404-522-0507
wgerryweber@gmail.com

/s/ Richard Holcomb
Richard Holcomb
Georgia Bar No. 360333

LAW OFFICE OF RICHARD
HOLCOMB
623 Clifton Road NE
Atlanta, GA 30307
404-373-6343

Attorneys for Plaintiff

/s/ Craig Goodmark
Craig Goodmark
GA Bar No. 301428

GOODMARK LAW FIRM
1425 Dutch Valley Place Suite A
Atlanta, GA  30324
404-719-4848
cgoodmark@gmail.com

CHRISTOPHER M. CARR 112505
Attorney General
LORETTA PINKSTON-POPE 580385
Deputy Attorney General
SUSAN E. TEASTER 701415
Senior Asst. Attorney General
*/s/ Ellen Cusimano*
ELLEN CUSIMANO 844964
Assistant Attorney General

State Law Department
40 Capitol Square SW
Atlanta, GA 30334
Tel: (404) 458-3597
Fax: (404) 651-5304

Email: ecusimano@law.ga.gov

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

PATTY DURAND,

*Plaintiff,*

v.

PUBLIC SERVICE COMMISSIONER
TIMOTHY ECHOLS,
in his individual and official capacities,

*Defendant.*

CIVIL ACTION

FILE NO. 1:22-cv-04548-VMC

**<u>CERTIFICATE OF SERVICE</u>**

COMES NOW Plaintiff in the above styled action, by and through counsel,

certifies that Plaintiff served the attached Stipulation of Dismissal upon the all

counsel though the ECF filing system:

DATED: This the 10th day of October, 2023.

<u>s/ Gerald Weber</u>
Gerald Weber
Georgia Bar No. 744878

LAW OFFICES OF GERRY WEBER, LLC
Post Office Box 5391
Atlanta, GA 31107
404-522-0507
wgerryweber@gmail.com